

AUG 2 8 2023 JB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

23cr466
Judge Alonso
Magistrate Judge Finnegan

UNITED STATES OF AMERICA

v.

JAVON BEST

Case No.

Violation: 18 U.S.C. § 922(g)(1)

The SPECIAL MAY 2022 GRAND JURY charges:

On or about January 8, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

JAVON BEST,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Beretta model 21A .22 caliber semi-automatic handgun, bearing serial number DAA561598, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL MAY 2022 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited, to a Beretta model 21A .22 caliber semi-automatic handgun, bearing serial number DAA561598, and associated ammunition.

A TRUE BILL:

__________________________________
FOREPERSON

__________________________________
signed by Christine O'Neill behalf of
the ACTING UNITED STATES ATTORNEY